**MEMO ENDORSED**

USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/31/2024

# Law Offices of Irina Roller, PLLC

40 Wall Street                                                               Telephone (212) 688-1100
New York, New York 10005                              Facsimile (212) 706-9362
                                                                               Email: Hearings@RollerEsq.com

---

January 31, 2024

<u>VIA ECF</u>

Hon. Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:     *M.L., et al., v. New York City Department of Education*
                23-cv-09993 (VEC)(GS)

Dear Judge Caproni:

      This firm represents the Plaintiffs in the above action. Plaintiffs brought this action as undisputed prevailing parties seeking attorneys' fees, costs and expenses under the fee shifting provision of the Individuals with Disabilities Education Act (IDEA), 20 U.S.C. §1400, *et seq*.

      Plaintiffs submit this letter requesting an adjournment of the in-person Initial Pretrial Conference scheduled on March 15 2024 at 10:00 a.m. before Your Honor per the Court's December 6, 2023 Order (Dkt. No. 12), *sine die*. Plaintiffs' counsel is unavailable to appear on this date. This is Plaintiffs' first request for an adjournment of the Initial Pretrial Conference. Defendant consent to Plaintiffs' request.

      Plaintiffs provided their settlement demand and billing records to defendant on November 27, 2023 and expects to receive an offer from defendant within the upcoming weeks, at which time the parties will commence with settlement negotiations. Plaintiffs propose the submission of a joint letter regarding the status of settlement on or before February 29, 2024, letting the Court know that the case is settled or proposing a briefing schedule.

      Thank you for your time and consideration.

                                                    Respectfully submitted,

                                                    <u>s/</u>
                                                    Irina Roller
                                                    *Attorney for the Plaintiffs*

Cc:     Marina Moraru, Esq. (*via ECF*)

Application GRANTED in part.  The Initial Pre-Trial Conference scheduled for Friday, March 15, 2024, at 10:00 A.M. is hereby ADJOURNED until **Friday, March 22, 2024, at 10:00 A.M.**  The parties' pre-conference letter and proposed case management plan as set forth at Dkt. 6 are due not later than **Thursday, March 14, 2024**.  The parties should apprise the Court of their settlement efforts in their joint pre-conference letter.  The parties may request a referral to mediation or to Magistrate Judge Stein for settlement at any time.

SO ORDERED.

01/31/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE